```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/22/2015
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | |
| LIBOR-Based Financial Instruments Antitrust Litigation | § § § | Civil Case No. 11-md-2262-NRB |
| | | |
| CITY OF HOUSTON | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 1:13-cv-05616-NRB |
| BANK OF AMERICA CORPORATION, ET AL, | § § § § | |
| Defendant. | § | |

## ~~[PROPOSED]~~ ORDER FOR ADMISSION PRO HAC VICE

The motion of Warner Vandergriff Hocker for admission to practice Pro Hac Vice in the above-captioned action is granted.  Applicant has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

Warner Vandergriff Hocker
Federal Bar No. 1133732
MITHOFF LAW
One Allen Center
500 Dallas Street, Suite 3450
Houston, Texas 77002
Telephone: (713) 654-1122
Facsimile:  (713) 739-8085
whocker@mithofflaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as

counsel for Plaintiff CITY OF HOUSTON in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned cases in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 21, 2015

_____
United States District/Magistrate Judge